AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Michael Armstrong | ) | USDC Case Number: CR-20-00228-001 HSG |
| | ) | BOP Case Number: DCAN420CR00228-001 |
| | ) | USM Number: 26267-111 |
| | ) | Defendant's Attorney: John Paul Reichmuth |

**THE DEFENDANT:**

☑ Charge Four proved by a preponderance of evidence.

☐ was found in violation of condition(s):  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Four | Not commit a new federal, state or local crime | 12/13/22 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charges One, Two, and Three are dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4094

Defendant's Year of Birth: 1969

City and State of Defendant's Residence:
Hayward, California

7/12/2023
Date of Imposition of Judgment

*Haywood S. Gilliam Jr.* (signature)
Signature of Judge

The Honorable Haywood S. Gilliam Jr.
United States District Judge
Name & Title of Judge

July 13, 2023
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Michael Armstrong  
CASE NUMBER: CR-20-00228-001 HSG  
Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty-four (24) months with no supervised release to follow.

- [x] The Court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to a facility on the West Coast that has a mental health treatment facility.

- [x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at ☐ am ☐ pm on (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] at ☐ am ☐ pm on (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By

_____  
DEPUTY UNITED STATES MARSHAL